AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823-6900

LEAH GODESKY  (S.B. #336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700

*Counsel for Defendant*
*Abbott Laboratories*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SHELP et al., | Case No.  4:26-CV-02079-HSG |
| Plaintiffs, | Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION AND ORDER EXTENDING  TIME FOR DEFENDANT ABBOTT LABORATORIES TO RESPOND TO COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6-2** |
| ABBOTT LABORATORIES and the UNITED STATES FOOD AND DRUG ADMINISTRATION, | |
| Defendants. | |

Joint Stipulation and Order Extending Time to
Respond to Complaint

Case No. 4:26-cv-02079-HSG

Defendant Abbott Laboratories ("Abbott") and Plaintiffs Scott Shelp et al. ("Plaintiffs") (collectively, the "Parties") stipulate and respectfully request that the Court extend the deadline for Abbott to respond to or move to dismiss the Complaint in the above-captioned action pursuant to Civil Local Rule 6-2.  The Parties agree as follows:

WHEREAS, Plaintiffs filed the Complaint against Abbott in this action on March 10, 2026.  Dkt. No. 1;

WHEREAS, Abbott was served with process on or about April 9, 2026, and Abbott's initial deadline to respond to the Complaint was April 30, 2026;

WHEREAS, on April 23, 2026, the Parties filed a Joint Stipulation and Proposed Order requesting to extend this deadline by 45 days, to June 15, 2026.  Dkt. No. 12;

WHEREAS, the Court entered an order granting the stipulated extension on April 24, 2026.  Dkt. No. 13;

WHEREAS, in view of the number of claims and issues underlying the Complaint, Abbott requires additional time to investigate the Complaint's allegations and prepare an appropriate response;

WHEREAS, the Parties have conferred by electronic mail and have agreed to extend the deadline for Abbott to respond to or move to dismiss the Complaint by an additional 30 days, to July 15, 2026;

WHEREAS, in accordance with Civil Local Rule 6-2(a), the Parties state that:

    a.   The Parties have stipulated to, and the Court has approved, one prior extension of the deadline for Abbott to respond to the Complaint;

    b.   This extension will not affect the remainder of the case schedule;

THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

Abbott's response to or any motion to dismiss the Complaint shall be due on or before July 15, 2026 pursuant to Civil Local Rule 6-2.

Abbott reserves its right to respond or challenge the pleading on any ground and waives no rights in entering this stipulation.

In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

Dated:  June 1, 2026                              Respectfully submitted,


By:     */s/ Amy Laurendeau*

AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823-6900

LEAH GODESKY  (S.B. #336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700

*Counsel for Defendant Abbott Laboratories*


By:     */s/ Behram V. Parekh*

BEHRAM V. PAREKH (S.B. #180361)
bparekh@wisnerbaum.com
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, California 90025
Telephone: (310) 207-3233

*Counsel for Plaintiffs Scott Shelp et al.*

Joint Stipulation and Order Extending Time to
Respond to Complaint                    - 3 -                    Case No. 4:26-cv-02079-HSG

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/2/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge